UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC

           *Plaintiff,*     : Civil No. 2:18:cv 8065

      v.

JOHN DOE subscriber assigned to IP address
74.105.214.182

           *Defendant.*

TO:    Patrick J. Cerillo, Esq.
        4 Walter E. Foran Blvd., Suite 402
        Flemington, NJ 08822

COUNSEL:

      **PLEASE TAKE NOTICE** that on August 6, 2018 or as soon thereafter as counsel may be heard, Defendant shall apply to the United States District Court for the District of New Jersey for an Order to quash the non-party Subpoena.

      **PLEASE TAKE FURTHER NOTICE** that in support of its motion Defendants will rely upon the Memorandum of Law in Support of Motion to Quash Non-Party Subpoena submitted herewith.

      **PLEASE TAKE FURTHER NOTICE** that Defendants respectfully requests oral argument.

NAGEL RICE, LLP

s/Andrew L. O'Connor
ANDREW L. O'CONNOR

Dated: June 29, 2018